# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162961(48)

MACK C. STIRLING,
      Petitioner-Appellant,

v

COUNTY OF LEELANAU,
      Respondent-Appellee.

_____/

SC: 162961
COA: 353117
Tax Tribunal: 19-003870-TT

On order of the Chief Justice, the stipulated motion of the parties to extend the time for plaintiff-appellant to file his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before July 30, 2021.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 23, 2021



Clerk